| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CITY OF CAMDEN<br>OFFICE OF THE CITY ATTORNEY<br>MICHELLE BANKS-SPEARMAN<br>ASSISTANT CITY ATTORNEY<br>City Hall, Room 419<br>P.O. Box 95120<br>Camden, New Jersey 08101-5120<br>856-757-7170 | |
| In Re:<br><br>Shirley Simpson | Case No.: 24-11039-ABA<br>Chapter: 13<br>Judge: ABA |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____City of Camden_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Michelle Banks-Spearman
Assistant City Attorney
City Hall
520 Market Street - Suite 419
Camden, NJ 08101

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: February 14, 2024

/s/ Michelle Banks-Spearman
Signature

*new.8/1/15*