UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Banks-Spearman (7540)
Assistant City Attorney
Office of the City Attorney
City Hall, 4th Floor, Suite 419
P.O. Box 95120
Camden, NJ 08101-5120

In Re:

Shirley Simpson

Case No.: 24-11039

Chapter: 13

Adv. No.: 

Hearing Date: 04/10/2024

Judge: Hon. Andrew B. Alten

## CERTIFICATION OF SERVICE

1. I, _____Asia McDonald_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Michelle Banks-Spearman__, who represents _____City of Camden_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____02/14/2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Notice of Appearance
   2. Amended Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 02/14/2024

Signature: *Asia McDonald*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert Braverman<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shirley Simpson<br>5427 Burwood Ave.<br>Camden, NJ 08102 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |