**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

Order Filed on March 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

-----------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Shirley Simpson, | : | Case No. 24-11039 |
| | : | |
| | : | Hearing Date: February 27, 2024 at 10:00 A.M. |
| | : | |
| | : | Judge: Honorable Andrew B Altenburg, Jr. |
| Debtor(s). | : | |

-----------------------------------------------------------X

## ORDER TO PROSECUTE CASE AND CONDUCT 341(A) MEETING VIA POWER OF ATTORNEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 12, 2024**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:  Shirley Simpson
Case No.:  24-11039
Caption:  Order to Conduct 341(a) Hearing via Power of Attorney
Page 2 of 2

**THIS MATTER** This matter having been opened to the Court upon application of the Debtor, Shirley Simpson, by and through her Attorney in Fact, Chauncey Simpson Jr., and for good cause shown;

**IT IS HEREBY ORDERED** that Chauncey Simpson, Jr., Attorney in Fact for the Debtor, may prosecute the within Chapter 13 case and;

**IT IS HEREBY ORDERED** that Chauncey Simpson, Jr., Attorney in Fact for the Debtor, may testify at the 341(a) Hearing for the Debtor.