**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

Order Filed on March 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

\------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **Shirley Simpson,** | : | Case No. 24-11039 |
| | : | |
| | : | Hearing Date: February 27, 2024 at 10:00 A.M. |
| | : | |
| | : | Judge: Honorable Andrew B Altenburg, Jr. |
| **Debtor(s).** | : | |

\------------------------------------------------------------X

## ORDER TO PROSECUTE CASE AND CONDUCT 341(A) MEETING
## VIA POWER OF ATTORNEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 12, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:  Shirley Simpson
Case No.:  24-11039
Caption:  Order to Conduct 341(a) Hearing via Power of Attorney
Page 2 of 2

      **THIS MATTER** This matter having been opened to the Court upon application of the Debtor, Shirley Simpson, by and through her Attorney in Fact, Chauncey Simpson Jr., and for good cause shown;

      **IT IS HEREBY ORDERED** that Chauncey Simpson, Jr., Attorney in Fact for the Debtor, may prosecute the within Chapter 13 case and;

      **IT IS HEREBY ORDERED** that Chauncey Simpson, Jr., Attorney in Fact for the Debtor, may testify at the 341(a) Hearing for the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 24-11039-ABA
Shirley Simpson                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                                           Page 1 of 2
Date Rcvd: Mar 13, 2024                  Form ID: pdf903                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shirley Simpson, 5427 Burwood Ave., Camden, NJ 08109-4705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2024                       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kimwilson@raslg.com |
| Robert Braverman | on behalf of Debtor Shirley Simpson rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Debtor Shirley Simpson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@ |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2024 | Form ID: pdf903 | Total Noticed: 1 |

mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6