| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Robert N. Braverman, Esquire**<br>**McDowell Law, PC**<br>**46 West Main Street**<br>**Maple Shade, NJ 08052**<br>**Phone  856-482-5544**<br>**Fax 856-482-5511**<br>rbraverman@mcdowelllegal.com | |
| In re:<br>　　　　**Shirley Simpson** | Case No.:　　**24-11039**<br><br>Chapter:　　**13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:　　ABA |

## CERTIFICATION OF SERVICE

1. I, Debbie Jamison___:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Robert N. Braverman**, who represents **the debtor** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **April 11, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Order Respecting Amendments
   - Amendments to Schedules
   - Notice of Chapter 13 Bankruptcy Case
   - Notice of Hearing on Confirmation of Plan
   - Filed Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:　**April 11, 2024**　　　　　　　　　　　　　　**/s/ Debbie Jamison**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **AristaCare**<br>**1399 Chapel Ave.**<br>**Cherry Hill, NJ 08002** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Andrew B. Finberg<br>Office of Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.