Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 24−11039−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shirley Simpson
   aka Shirley S. Simpson
   5427 Burwood Ave.
   Camden, NJ 08102

Social Security No.:
   xxx−xx−6630

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 28, 2024.

Dated: July 1, 2024
JAN: har

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-11039-ABA
Shirley Simpson                                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                   Page 1 of 3
Date Rcvd: Jul 01, 2024              Form ID: plncf13             Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley Simpson, 5427 Burwood Ave., Camden, NJ 08109-4705 |
| cr | + | Aristacare at Cherry Hill, LLC, 1399 Chapel Avenue West, Cherry Hill, NJ 08002-2233 |
| poa | + | Chauncey Simpson, Jr., 5427 Burwood Avenue, Pennsauken, NJ 08109-4705 |
| 520221090 | + | AristaCare, 1399 Chapel Avenue, Cherry Hill, NJ 08002-2233 |
| 520154010 | | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 520229690 | | Camden City, C/O City Attorney, City Hall, RM 419, Camden, NJ 08101 |
| 520154012 | + | Comian XII Tax Lien Fund, LLC, 1640 Nixon Dr., Suite 293, Moorestown, NJ 08057-2675 |
| 520154013 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 520154014 | | Deutche Bank National Trust Company, as Trustee for GSRPM Mortgage Loan Trust, 1761 East St. Andrew Place, Santa Ana, CA 92705-4934 |
| 520154017 | + | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 520154018 | | FIG CUST FIG NJ19, LLC, PO BOX 54226, New Orleans, LA 70154-4226 |
| 520154019 | + | Gem Ambulance LLC, PO Box 5, Lakewood, NJ 08701-0005 |
| 520154026 | + | Stern & Eisenberg, PC, Attn: Christopher A. Saliba, Esq., 1120 Rt. 73, Suite 400, Mount Laurel, NJ 08054-5113 |
| 520154029 | + | US Bank Cust PC7 Firstrust Bank, 50 South 16th St., Suite 2050, Philadelphia, PA 19102-2516 |
| 520154030 | + | US Bank Cust/Pro Cap III, LLC, 50 S 16th St., Suite 1950, Philadelphia, PA 19102-2516 |
| 520154032 | + | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 520154033 | | Vitae Health of Illinois LLC, 415 W Golf Road, Suite 26, Arlington Heights, IL 60005-3923 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: law@ci.camden.nj.us | Jul 01 2024 21:12:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 01 2024 21:10:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520154010 | ^ | MEBN | Jul 01 2024 21:00:50 | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 520157551 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 01 2024 21:21:25 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520154011 | + | Email/Text: law@ci.camden.nj.us | Jul 01 2024 21:12:00 | City of Camden, Water & Sewer, c/o Office of City Attorney, 520 Market St. - Suite 419, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: plncf13 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Camden, NJ 08102-1300 |
| 520159445 | + | Email/Text: RASEBN@raslg.com | Jul 01 2024 21:10:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520154015 | | Email/Text: bankruptcycourts@equifax.com | Jul 01 2024 21:11:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520154016 | ^ | MEBN | Jul 01 2024 20:59:25 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520154020 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2024 21:11:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520210714 | ^ | MEBN | Jul 01 2024 21:01:11 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520154021 | | Email/Text: camanagement@mtb.com | Jul 01 2024 21:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520199152 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2024 21:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520154022 | + | Email/PDF: cbp@omf.com | Jul 01 2024 21:21:20 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520222299 | | Email/Text: BKEBN-Notifications@ocwen.com | Jul 01 2024 21:10:00 | PHH Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 24605, West Palm Beach FL 33416-4605 |
| 520154023 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2024 21:08:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520220392 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2024 21:23:40 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 520248372 | ^ | MEBN | Jul 01 2024 21:01:27 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 520177226 | + | Email/Text: joey@rmscollect.com | Jul 01 2024 21:12:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 520154024 | + | Email/Text: joey@rmscollect.com | Jul 01 2024 21:12:00 | Receivable Management Systems, Attn: Bankruptcy, Po Box 73810, N Chesterfield, VA 23235-8047 |
| 520154025 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 01 2024 21:10:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520154027 | | Email/Text: tax@pennsauken.gov | Jul 01 2024 21:10:00 | Township of Pennsauken, Attn: Tax Office, 5605 N. Crescent Blvd, Pennsauken, NJ 08110 |
| 520154028 | ^ | MEBN | Jul 01 2024 20:59:58 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520154855 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 01 2024 21:08:52 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520154031 | ^ | MEBN | Jul 01 2024 21:02:37 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason   Name and Address**

Case 24-11039-ABA    Doc 52    Filed 07/03/24    Entered 07/04/24 00:19:12    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2024 | Form ID: plncf13 | Total Noticed: 42 |

| 520197623 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
|---|---|---|

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John M. August | on behalf of Creditor Aristacare at Cherry Hill LLC jaugust@saiber.com, rtucker@saiber.com |
| Kimberly A. Wilson | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kimwilson@raslg.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden MiSpearm@ci.camden.nj.us NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Robert Braverman | on behalf of Debtor Shirley Simpson rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase. |
| Thomas G. Egner | on behalf of Debtor Shirley Simpson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9