**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
In re:                                                    :    Chapter 13
                                                          :
Shirley Simpson,                                          :    Case No. 24-11039
                                                          :
                                                          :
                                                          :
                                                          :
                **Debtors**                               :
---------------------------------------------------------------X


### WITHDRAWAL OF DOCUMENT NO. 57 STATUS CHANGE FORM FILED ON AUGUST 5, 2024


I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Shirley Simpson,** hereby withdraw document

no. **57**, Status Change Form filed **August 5, 2024** in the above referenced matter.



                                                                                                                                               McDowell Law, PC

Dated:  August 10, 2024                                            *By:/s/***Thomas G. Egner**
                                                                                                       **Thomas G. Egner,** Esq.
                                                                                                        Attorney for the Debtor(s)