**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
In re:                                              :        Chapter 13
                                                    :
Shirley Simpson,                                    :        Case No. 24-11039
                                                    :
                                                    :
                                                    :
                                                    :
                   **Debtors**                      :
---------------------------------------------------------------X

**WITHDRAWAL OF DOCUMENT NO. 54 DEBTOR'S OPPOSITION**
**TO MOTION FOR RELIEF FILED ON JULY 30, 2024**

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Shirley Simpson,** hereby withdraw document

no. **54**, Debtor's Opposition to Motion for Relief from Stay filed **July 30, 2024** in the above referenced matter.


McDowell Law, PC

Dated: August 10, 2024                    *By:/s/***Thomas G. Egner**
                                          **Thomas G. Egner,** Esq.
                                          Attorney for the Debtor(s)