UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Shannon Burrini, Esq.**
**Pro Capital Management III, LLC**
**2500 McClellan Ave, Suite 200**
**Pennsauken, NJ 08109**
**(856) 528-0467**
Shannonb@procapllc.com
*Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank*

In Re:

Shirley Simpson



Order Filed on September 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-11039

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

## CONSENT ORDER PERMITTING LATE PROOF OF CLAIM

The relief set forth on the following pages, numbered one (1) through three (3) is hereby **ORDERED.**

**DATED: September 23, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: Shirley Simpson
Case No: 24-11039
Caption of Order: CONSENT ORDER PERMITTING LATE PROOF OF CLAIM
_____

THIS MATTER having come before the Court on the Application of Pro Cap 8 FBO Firstrust Bank (the "Creditor"), by and through Counsel, Shannon Burrini, Esquire, appearing, and the Debtor, by and through Counsel, Robert Braverman, having consented hereto and good cause having been shown;

IT is hereby, ORDERED as follows:

1. Creditor is the holder of Tax Sale Certificate #22-00396, which is secured by Property located at 5427 Burwood Ave., Camden, NJ; Block: 6115, Lot: 6.
2. Creditor is permitted to file a Proof of Claim notwithstanding its filing after the deadline imposed by Fed. R. Bankr. P. 3002(c). Creditor's Proof of Claim will be filed promptly upon entry of this Consent Order.
3. Debtor reserves the right to object to the secured Creditor's Proof of Claim once filed.

We hereby consent to the form and entry of the within Order.

**PRO CAPITAL MANAGEMENT III, LLC**

By:   /s/ Shannon Burrini
        Shannon Burrini, Esq.
        Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank

**MCDOWELL LAW, PC**

By:   /s/ Robert Braverman
        Robert Braverman, Esq.
        Attorney for the Debtor

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-11039-ABA
Shirley Simpson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Sep 23, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shirley Simpson, 5427 Burwood Ave., Camden, NJ 08109-4705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg
     on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
     ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John M. August
     on behalf of Creditor Aristacare at Cherry Hill LLC jaugust@saiber.com, rtucker@saiber.com

Kimberly A. Wilson
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kimwilson@raslg.com

Laura M. Egerman
     on behalf of Creditor Deutsche Bank National Trust company as trustee for GSAMP Trust 2007-FM1 mortgage pass-through

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: pdf903 | Total Noticed: 1 |

certificates, series 2007-FM1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Laura M. Egerman
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Michelle Banks-Spearman
    on behalf of Creditor City of Camden MiSpearm@ci.camden.nj.us NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us

Robert Braverman
    on behalf of Debtor Shirley Simpson rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.

Shannon Burrini
    on behalf of Creditor Pro Cap 8 FBO Firstrust Bank shannonb@procapllc.onmicrosoft.com

Thomas G. Egner
    on behalf of Debtor Shirley Simpson tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12