UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Shirley Simpson**

Case No.: **24-11039**

Adversary No.: 

Chapter: **13**

Judge: **ABA**

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: **Shirley Simpson, debtor**
(Example: John Smith, creditor)

Old address: 5427 Burwood Avenue
Camden NJ 08102

New address: 5427 Burwood Avenue
Pennsauken NJ  08109

New phone no.:: 
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: **October 17, 2024**

*/s/* **Shirley Simpson**
Signature

*rev. 8/1/2021*