Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−11039−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shirley Simpson
   aka Shirley S. Simpson
   5427 Burwood Ave.
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−6630

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 18, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Shirley Simpson  
    Debtor

Case No. 24-11039-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Oct 18, 2024     Form ID: 148     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley Simpson, 5427 Burwood Ave., Pennsauken, NJ 08109-4705 |
| cr | + | Aristacare at Cherry Hill, LLC, 1399 Chapel Avenue West, Cherry Hill, NJ 08002-2233 |
| poa | + | Chauncey Simpson, Jr., 5427 Burwood Avenue, Pennsauken, NJ 08109-4705 |
| 520221090 | + | AristaCare, 1399 Chapel Avenue, Cherry Hill, NJ 08002-2233 |
| 520229690 | | Camden City, C/O City Attorney, City Hall, RM 419, Camden, NJ 08101 |
| 520154012 | + | Comian XII Tax Lien Fund, LLC, 1640 Nixon Dr., Suite 293, Moorestown, NJ 08057-2675 |
| 520154013 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 520154014 | | Deutche Bank National Trust Company, as Trustee for GSRPM Mortgage Loan Trust, 1761 East St. Andrew Place, Santa Ana, CA 92705-4934 |
| 520154017 | + | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 520154018 | | FIG CUST FIG NJ19, LLC, PO BOX 54226, New Orleans, LA 70154-4226 |
| 520154019 | + | Gem Ambulance LLC, PO Box 5, Lakewood, NJ 08701-0005 |
| 520403019 | + | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Ave., Suite 200, Pennsauken, NJ 08109-4613 |
| 520154026 | + | Stern & Eisenberg, PC, Attn: Christopher A. Saliba, Esq., 1120 Rt. 73, Suite 400, Mount Laurel, NJ 08054-5113 |
| 520154029 | + | US Bank Cust PC7 Firstrust Bank, 50 South 16th St., Suite 2050, Philadelphia, PA 19102-2516 |
| 520154030 | + | US Bank Cust/Pro Cap III, LLC, 50 S 16th St., Suite 1950, Philadelphia, PA 19102-2516 |
| 520154032 | + | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 520154033 | | Vitae Health of Illinois LLC, 415 W Golf Road, Suite 26, Arlington Heights, IL 60005-3923 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: law@ci.camden.nj.us | Oct 18 2024 20:44:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 18 2024 20:43:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 18 2024 20:43:00 | Deutsche Bank National Trust company as trustee fo, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairchild, NJ 07004-2927 |
| 520154010 | ^ | MEBN | Oct 18 2024 20:46:25 | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 520157551 | + | EDI: AISACG.COM | Oct 19 2024 00:31:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. |

Case 24-11039-ABA    Doc 71    Filed 10/20/24    Entered 10/21/24 00:15:18    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | | Page 2 of 4 |
| Date Rcvd: Oct 18, 2024 | Form ID: 148 | | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Dept. APS, Oklahoma City, OK 73118-7901 |
| 520154011 | + | Email/Text: law@ci.camden.nj.us | Oct 18 2024 20:44:00 | City of Camden, Water & Sewer, c/o Office of City Attorney, 520 Market St. - Suite 419, Camden, NJ 08102-1300 |
| 520159445 | + | Email/Text: RASEBN@raslg.com | Oct 18 2024 20:43:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520154015 | | Email/Text: bankruptcycourts@equifax.com | Oct 18 2024 20:44:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520154016 | ^ | MEBN | Oct 18 2024 20:42:06 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520154020 | + | EDI: IRS.COM | Oct 19 2024 00:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520210714 | ^ | MEBN | Oct 18 2024 20:41:15 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520154021 | | Email/Text: camanagement@mtb.com | Oct 18 2024 20:44:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520199152 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520154022 | + | EDI: AGFINANCE.COM | Oct 19 2024 00:31:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520222299 | | EDI: LCIPHHMRGT | Oct 19 2024 00:31:00 | PHH Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 24605, West Palm Beach FL 33416-4605 |
| 520154023 | | EDI: PRA.COM | Oct 19 2024 00:31:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520220392 | | EDI: PRA.COM | Oct 19 2024 00:31:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 520248372 | ^ | MEBN | Oct 18 2024 20:44:26 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 520177226 | + | Email/Text: joey@rmscollect.com | Oct 18 2024 20:45:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 520154024 | + | Email/Text: joey@rmscollect.com | Oct 18 2024 20:45:00 | Receivable Management Systems, Attn: Bankruptcy, Po Box 73810, N Chesterfield, VA 23235-8047 |
| 520154025 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 18 2024 20:43:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520154027 | | Email/Text: tax@pennsauken.gov | Oct 18 2024 20:43:00 | Township of Pennsauken, Attn: Tax Office, 5605 N. Crescent Blvd, Pennsauken, NJ 08110 |
| 520154028 | ^ | MEBN | Oct 18 2024 20:42:28 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520154855 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 18 2024 21:07:39 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520154031 | ^ | MEBN | Oct 18 2024 20:44:40 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Avenue, Suite 200, Pennsauken, NJ 08109-4613 |
| 520197623 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John M. August | on behalf of Creditor Aristacare at Cherry Hill  LLC jaugust@saiber.com, rtucker@saiber.com |
| Kimberly A. Wilson | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Deutsche Bank National Trust company as trustee for GSAMP Trust 2007-FM1  mortgage pass-through certificates, series 2007-FM1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden MiSpearm@ci.camden.nj.us  NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Robert Braverman | on behalf of Debtor Shirley Simpson rbraverman@mcdowelllegal.com  tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase. |
| Shannon Burrini | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank shannonb@procapllc.onmicrosoft.com |
| Thomas G. Egner | on behalf of Debtor Shirley Simpson tegner@mcdowelllegal.com  tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 4 of 4
Date Rcvd: Oct 18, 2024 Form ID: 148 Total Noticed: 44
TOTAL: 12